B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Entegra Power Group LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Entegra Holdings LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**14-1993825** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, State):<br>**100 S. Ashley Drive**<br>**Suite 1400**    33602<br>**Tampa, FL 33602** | Street Address of Joint Debtor (No. & Street, City, State):<br>N/A |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough County** | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A |
| Location of Principal Assets of Business Debtor (if different from street address above): N/A | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☒ A plan is being filed with this petition.
- ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 Million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Entegra Power Group LLC** | |
|---|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location<br>Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Schedule 1 attached hereto** | Case Number: **Pending** | Date Filed: **August 4, 2014** |
| District:<br>**Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐      Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)              Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐      Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒      No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐      Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐      Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|
| ☐      Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐      Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)) |

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Entegra Power Group LLC |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

X _____
Signature of Attorney for Debtor(s)
Jason M. Madron (No. 4431)
Printed Name of Attorney for Debtor(s)
Richards, Layton & Finger
Firm Name
One Rodney Square, 920 N. King St., Wilmington, DE, 19801
Address
(302) 651-7700
Telephone Number
8-4-2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Michael R. Schuyler
Printed Name of Authorized Individual
President and CEO
Title of Authorized Individual
August 4, 2014
Date

## SCHEDULE 1

### Pending Bankruptcy Cases Filed by Entegra in this Court

On the date hereof, each of the affiliated entities listed below (collectively, "**Entegra**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware.  Contemporaneously herewith, Entegra is filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Entegra Power Group LLC.

1. Entegra Power Group LLC
2. Entegra TC LLC
3. Basso TP-2 Inc.
4. EPG LLC
5. Union Power LLC
6. Union Power Partners, L.P.
7. UPP Finance Co. LLC
8. Trans-Union Pipeline LLC
9. Trans-Union Interstate Pipeline, L.P.
10. Entegra Power Services LLC
11. Union Power Employee Company LLC
12. Gila River Energy HoldCo LLC

## CERTIFICATE

Date: August 4, 2014

     I, Michael R. Schuyler, the undersigned President and CEO of Entegra Power Group LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "**Company**"), hereby certify as follows:

1.  I am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2.  Attached hereto is a true and correct copy of the resolutions adopted by the board of directors, managing members, and limited partners of Entegra Power Group LLC and certain of its direct and indirect subsidiaries, duly adopted on July 31, 2014.

3.  Such resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exists no other subsequent resolution relating to the matters set forth in the resolutions attached hereto.

     **IN WITNESS WHEREOF**, the undersigned has executed this Certificate as of the date written above.

By: */s/ Michael R. Schuyler*
Name: Michael R. Schuyler
Title: President and CEO

RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS, MANAGING
MEMBERS, AND LIMITED PARTNERS OF ENTEGRA POWER GROUP LLC AND
CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES

July 31, 2014

WHEREAS, on July 31, 2014, at a telephonic meeting of the board of directors,
managing members, and limited partners, as applicable, of each of the following:

>  Entegra Power Group LLC
>  Entegra TC LLC
>  Basso TP-2 Inc.
>  EPG LLC
>  Union Power LLC
>  Union Power Partners, L.P.
>  UPP Finance Co. LLC
>  Trans-Union Pipeline LLC
>  Trans-Union Interstate Pipeline, L.P.
>  Entegra Power Services LLC
>  Union Power Employee Company LLC
>  Gila River Energy HoldCo LLC

(collectively, the "**Companies**"), each of the Companies' authorizing bodies took the
following actions and adopted the following resolutions.

WHEREAS, the Companies have determined that it is desirable and in the best interests
of the Companies and their creditors, employees, and other interested parties that petitions be
filed by the Companies, seeking relief under the provisions of chapter 11 of title 11 of the United
States Code (the "**Bankruptcy Code**").

Chapter 11 Case

RESOLVED, that the Companies be, and they hereby are, authorized and empowered to
file petitions seeking relief under the provisions of the Bankruptcy Code;

RESOLVED, that each of the Companies' Chief Executive Officer, Chief Financial
Officer, General Counsel, any Vice President, the Secretary, or any Assistant Secretary (each a
"**Proper Officer**" and all "**Proper Officers**") is hereby authorized and empowered to execute
and verify all petitions under chapter 11 of the Bankruptcy Code and to cause the same to be
filed in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy
Court**") and to commence any ancillary or related proceedings as may be necessary or
appropriate to effectuate the restructuring of the Companies and to execute, verify, and cause to
be filed all documents in furtherance thereof, at such time as such Proper Officer executing the
same shall determine;

RESOLVED, that in connection with the commencement of the chapter 11 cases by the
Companies, each Proper Officer is hereby authorized and empowered to negotiate, execute, and

deliver such notes, security and other agreements, and instruments as such Proper Officer considers appropriate to enable the Companies to utilize cash collateral on the terms and conditions such Proper Officer or Proper Officers executing the same may consider necessary, proper, or desirable, and to consummate the transactions contemplated by such notes, security and other agreements and instruments on behalf of the Companies, subject to Bankruptcy Court approval;

RESOLVED, that each Proper Officer is hereby authorized and empowered to negotiate, enter into, execute, deliver, certify, file, record, and perform, any and all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, applications, including, without limitation, applications for approvals or rulings of governmental or regulatory authorities, or other documents and to take such other actions, as in the judgment of such Proper Officer shall be or become necessary, proper, or desirable in connection with the Companies' chapter 11 cases;

RESOLVED, that each Proper Officer and any employees or agents (including counsel) designated or directed by any such officers, be, and each hereby is, authorized and empowered, in the name and on behalf of the Companies, to (i) negotiate, execute, deliver, and/or file (a) the Disclosure Statement, dated July 3, 2014, including any and all exhibits and any modifications, amendments, or supplements thereto (the "**Disclosure Statement**"), (b) the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code previously distributed for vote solicitation pursuant to the Disclosure Statement, including any and all exhibits and any modifications, amendments, or supplements thereto (the "**Plan**"), and (c) the Plan Supplement (as defined in the Plan) and any and all other schedules, lists, and other papers that such Proper Officer may deem necessary, proper, or desirable with a view to confirmation of the Plan; (ii) seek confirmation of the Plan; (iii) alter, amend, modify, or supplement the Plan pursuant to section 1127 of the Bankruptcy Code; (iv) take such other actions as may be necessary in furtherance of confirmation of the Plan; and (v) once an order of the Bankruptcy Court is entered confirming the Plan, execute and deliver all agreements, documents, certificates, consents, filings, and instruments as may be required for the occurrence of the Effective Date (as defined in the Plan) and take such other actions as may be necessary in furtherance of the occurrence of the Effective Date and consummation of the transactions contemplated by the Plan.

RESOLVED, that once an order of the Bankruptcy Court is entered confirming the Plan, all transactions and actions contemplated by the Plan are hereby authorized and approved by the Board of Directors of the Companies, including, without limitation, the issuance of securities, to be effective as provided in the Plan.

<u>Retention of Advisors</u>

RESOLVED, that the law firm of O'Melveny & Myers LLP be and hereby is employed as attorneys for the Companies under a general retainer in the Companies' chapter 11 cases, subject to Bankruptcy Court approval;

RESOLVED, that the law firm of Richards, Layton & Finger, P.A. be and hereby is employed as attorneys for the Companies under a general retainer in the Companies' chapter 11 cases, subject to Bankruptcy Court approval;

RESOLVED, that the firm of Houlihan Lokey Capital, Inc. be and hereby is employed as restructuring and financial advisor for the Companies in the Companies' chapter 11 cases, subject to Bankruptcy Court approval;

RESOLVED, that the firm of KPMG LLP be and hereby is employed as auditor and tax advisor for the Companies in the Companies' chapter 11 cases, subject to Bankruptcy Court approval;

RESOLVED, that each Proper Officer is hereby authorized and empowered to employ and retain all assistance by legal counsel, accountants, restructuring advisors, and other professionals, subject to Bankruptcy Court approval, and to perform any and all further acts and deeds the Proper Officer deems necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Companies' chapter 11 cases;

General Authorization and Ratification

RESOLVED, that each Proper Officer is authorized and empowered, consistent with these Resolutions and with the advice of the Companies' legal staff: (i) to negotiate, execute, deliver, certify, file, and/or record, and perform, any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as such Proper Officer deems appropriate or advisable, or to cause the negotiation, execution, and delivery thereof, in the name and on behalf of the Companies, as the case may be, in such form and substance as such Proper Officer may approve, together with such changes and amendments to any of the terms and conditions thereof as such Proper Officer may approve, with the execution and delivery thereof on behalf of the Companies by or at the direction of such Proper Officer to constitute evidence of such approval; (ii) to negotiate, execute, deliver, certify, file, and/or record, and perform, in the name and on behalf of the Companies, any and all agreements, documents, certificates, consents, filings, and applications relating to the Resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such Proper Officer deems appropriate or advisable in connection therewith; and (iii) to do such other things as may be required, or as may in such Proper Officer's judgment be necessary, proper or desirable, to carry out the intent and effectuate the purposes of the Resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby; and

RESOLVED, that all actions taken by the Proper Officers prior to the date of the foregoing Resolutions adopted at this meeting and within the authority conferred, are proved in all respects as the act and deed of the Companies.

3

These Resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

*[Remainder of Page Intentionally Left Blank]*

4

**IN WITNESS WHEREOF,** the undersigned have executed these Resolutions Adopted by the Board of Directors of Entegra Power Group LLC as of the date first written above.

**Chairman**

Geoffrey D. Roberts, Jr.,

**CEO**

Michael R. Schuyler, President and

Ashley C. Brown

Harvey J. Padewer

Thomas White

Robert L. Brooks

**IN WITNESS WHEREOF,** the undersigned have executed these Resolutions Adopted by the Board of Directors of Entegra Power Group LLC as of the date first written above.

_____
Geoffrey D. Roberts, Jr., Chairman

_____
Michael R. Schuyler, President and CEO

_____
Ashley C. Brown

_____
Harvey J. Padewer

_____
Thomas White

_____
Robert L. Brooks

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions Adopted by the Board of Directors of Entegra Power Group LLC as of the date first written above.

_____
Geoffrey D. Roberts, Jr., Chairman


_____
Michael R. Schuyler, President and CEO


_____
Ashley C. Brown


_____
Harvey J. Padewer


_____
Thomas White


_____
Robert L. Brooks

**IN WITNESS WHEREOF,** the undersigned have executed these Resolutions Adopted by the Board of Directors of Entegra Power Group LLC as of the date first written above.

_____
Geoffrey D. Roberts, Jr., Chairman


_____
Michael R. Schuyler, President and CEO


_____
Ashley C. Brown


_____
Harvey J. Padlewski


_____
Thomas White


_____
Robert L. Brooks

**IN WITNESS WHEREOF,** the undersigned have executed these Resolutions Adopted by the Board of Directors of Entegra Power Group LLC as of the date first written above.

_____
**Geoffrey D. Roberts, Jr., Chairman**


_____
**Michael R. Schuyler, President and CEO**


_____
**Ashley C. Brown**


_____
**Harvey J. Padewer**

7/31/14

_____
**Thomas White**


_____
**Robert L. Brooks**

**IN WITNESS WHEREOF,** the undersigned have executed these Resolutions Adopted by the Board of Directors of Entegra Power Group LLC as of the date first written above.

_____
**Geoffrey D. Roberts, Jr., Chairman**


_____
**Michael R. Schuyler, President and CEO**


_____
**Ashley C. Brown**


_____
**Harvey J. Padewer**


_____
**Thomas White**


**Robert L. Brooks**

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------x

|  |  |
|---|---|
| In re: | Chapter 11 |
| Entegra Power Group LLC | Case No. 14-_____ ( ) |
| Debtor. | Joint Administration Requested |

--------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

On the date hereof, the above-captioned debtor and certain affiliated entities[1] (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The following is a list of creditors holding the thirty (30) largest unsecured claims against the Debtors, prepared on a consolidated basis from the Debtors' unaudited books and records as of August 4, 2014 and in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (a) persons who come within the definition of "insider" set forth in Bankruptcy Code section 101(31) or (b) secured creditors, unless the value of the collateral securing such claim is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.

Nothing herein shall constitute an admission of liability by, or be binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the corporate and legal documents shall control.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Entegra Power Group LLC (3825); Entegra TC LLC (2889); EPG LLC (8348); Basso TP-2 Inc. (1726); Union Power LLC (N/A); Union Power Partners, L.P. (5385); UPP Finance Co. LLC (7090); Trans-Union Pipeline LLC (N/A); Trans-Union Interstate Pipeline, L.P. (7870); Entegra Power Services LLC (3106); Union Power Employee Company LLC (0841); and Gila River Energy HoldCo LLC (3510). The address of the Debtors' corporate headquarters is: 100 S. Ashley Dr., Suite 1400, Tampa, FL 33602.

| Name of Creditor | Mailing Address, Telephone Number, and Facsimile Number of Creditor and Contact Familiar with Claim | Nature of Claim | Contingent, Unliquidated, Disputed, Or Subject To Setoff | Amount of claim (if secured, also sate value of security) |
|---|---|---|---|---|
| Wells Fargo, as Third Lien Administrative Agent | Jason Prisco<br>625 Marquette Avenue<br>11th Floor<br>MAC: N9311-110<br>Minneapolis, MN 55402<br>Tel:410-884-2271 | Bank Loan | | 1,312,841,009<br><br>Security Value:<br>Unknown |
| EPM Power and Water Solutions | 22737 Network Place<br>Chicago, IL 60673-1227<br>Tel: 952-828-3700<br>Fax: 952-828-3737<br>Dave Terzian | Trade Debt | | 364,732.18 |
| Alstom Power Inc. | 3100 International Airport Drive, Suite 600<br>Charlotte, NC 28208<br>Tel: 601-695-3172<br>Fax: 704-424-5931<br>Michael Rushing | Trade Debt | | 270,614.00 |
| Entergy Arkansas | PO Box 8101<br>Baton Rouge, LA 70891-8101<br>Tel: 800-766-1645<br>Michael Doyle | Utility | | 186,467.96 |
| Union County Water Conservation Board | 441 North Washington St<br>El Dorado, AR  71730<br>Tel: 870-862-9950<br>Fax: 870-862-8237<br>Pete Parks | Utility | | 180,599.20 |
| Ruhrpumpen, Inc. | 11330 Industriplex Blvd<br>Baton Rouge, LA 70809<br>Tel: 225-753-6848<br>Fax: 225-753-6850<br>Brenda Pellarin | Trade Debt | | 176,430.00 |
| Allied Power Group | 10131 Mills Road<br>Houston, TX  77070<br>Tel: 281-444-3535<br>Fax: 281-444-3529<br>Bernhard Rudolph | Trade Debt | | 169,544.89 |

| PW Power Systems | 628 Hebron Avenue, Suite 400<br>Glastonbury, CT 06033<br>Tel: 860-368-5534<br>Fax: 860-760-6347<br>Andy Lutz | Trade Debt | | 163,872.18 |
|---|---|---|---|---|
| Ethos Energy | 12600 Deerfield Pkwy<br>Alpharetta, GA 30004<br>Tel: 970-669-0801<br>Bob Maas | Trade Debt | | 151,402.02 |
| Diversified Services Lawn and Garden | 7099 S. Timberlane<br>El Dorado, AR 71730<br>Tel: 870-862-1301<br>Fax:870-862-9369<br>Blake Williamson | Trade Debt | | 125,018.18 |
| Control Power Concepts, Inc. | 353 Pilot Road, STE B<br>Las Vegas, NV 89119<br>Tel: 702-448-7833<br>Fax: 702-448-7835<br>John A. Travis | Trade Debt | | 106,790.00 |
| CIA Specialist | 1118 Webster Street<br>Camden, AR 71701<br>Tel: 870-836-3848<br>Fax: 870-836-3868<br>Lavern Hicks | Trade Debt | | 103,196.06 |
| FERC | 888 1st Street NE<br>Washington, DC 20426-4232<br>Tel: 202-502-6088 | Regulatory | | 90,998.00 |
| King and Spalding LLP | PO Box 116133<br>Atlanta, GA 30368<br>Tel: 202-626-5452<br>Bruce Richardson | Services | | 90,000.00 |
| John Ingram, Inc. | 211 Pickering Drive<br>El Dorado, AR 71730<br>Tel: 870-863-9036<br>Fax: 870-863-3509<br>John Ingram | Trade Debt | | 79,520.60 |
| GE Mobile Water, Inc. | 4545 Patent Road<br>Norfolk, VA 23502<br>Tel: 757-855-9000<br>Fax: 757-855-1478<br>Steve Fischer | Trade Debt | | 62,858.77 |
| TJC Crane | PO Box 962<br>Camden, AR 71711<br>Tel: 800-841-2766<br>Fax: 870-574-2273<br>Paula McMahan | Trade Debt | | 58,606.00 |

| | | | | |
|---|---|---|---|---|
| Universal Plant | 806 SEACO CT.<br>Deerpark, TX 77536<br>Tel:281-479-6000<br>Fax:281-605-5801<br>Mark Martin | Trade Debt | | 46,877.85 |
| ICCT Corp | 15220 NW Laidlaw RD, STE 210<br>Portland, OR 97229<br>Tel: 503-747-0845<br>Fax: 877-905-0209<br>Chris Shephard | Services | | 44,511.16 |
| Advent Systems | 7665 Counts Massie Road<br>North Little Rock, AR 72113<br>Tel:501-537-6132<br>Fax:501-537-6135<br>Connie Redican | Trade Debt | | 38,672.24 |
| GE Betz | 4636 Somerton Road<br>Trevose, PA 19053-6783<br>Tel: 800-736-2389<br>Fax: 866-891-4893<br>Eddie Horton | Trade Debt | | 37,622.89 |
| CP&P Construction LLC | 124 Timber Trail<br>El Dorado, AR 71730<br>Tel: 870-866-6765<br>Cliff Howard | Trade Debt | | 37,179.58 |
| Plant-N-Power Services, LLC | 2711 Lilac<br>Pasadena, TX 77503<br>Tel: 713-477-6006<br>Fax: 713-477-6022<br>Cindy Huber | Services | | 36,303.05 |
| GE ENERGY CONTROL SOLUTIONS, INC. | 1800 Nelson Road<br>Longmont, CO 80501<br>Tel:817-453-0939<br>Mike Ozment | Trade Debt | | 35,982.21 |
| Vinson Process Controls | 2747 Highpoint Oak Dr.<br>Lewisville, TX 75067<br>Tel: 972-459-8228<br>Fax: 972-459-8299<br>Mark Eddy | Trade Debt | | 32,777.06 |
| Triencon Services, Inc | 1000 Post and Paddock, STE 200<br>Grand Prairie, TX 75050<br>Tel: 817-785-0090<br>Fax: 817-858-6561<br>Jeff Edwards | Services | | 29,328.39 |

| | | | | |
|---|---|---|---|---|
| Apache Global Painting Inc. | 9011 Sheldon Road<br>Houston, TX 77049<br>Tel: 713-450-9307<br>Fax: 713-450-2447<br>Tim Horton | Trade Debt | | 29,255.81 |
| Scientech | 44  Shelter Rock Road<br>Danbury, CT 06810<br>Tel: 203-448-3326<br>Fax: 423-648-7536<br>Brian J. Dassatti | Trade Debt | | 33,000.00 |
| MMR Constructors, Inc. | 15961 Airline HWY<br>Baton Rouge, LA 70817<br>Tel: 225-765-5090<br>Fax: 225-753-7012<br>Donald Keenan | Trade Debt | | 23,744.96 |
| Epicor Software | 804 Las Cimas Parkway<br>Austin, TX 78746<br>Tel: 215-493-8900,ext 4910<br>Bill Patton, VP Customer Support | Trade Debt | | 21,590.13 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Entegra Power Group LLC | Case No. 14-_____ ( ) |
| Debtor. | Joint Administration Requested |

--------------------------------------------------------------x

### DECLARATION REGARDING CONSOLIDATED LIST OF
### CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, Michael R. Schuyler, the undersigned authorized officer of the above-captioned debtor and certain affiliated entities[1] (collectively, the "**Debtors**"), declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims against the Debtors submitted herewith and that such list is true and correct to the best of my knowledge, information, and belief.

Date: August 4, 2014

By: */s/ Michael R. Schuyler*_____
Name: Michael R. Schuyler
Title: President and CEO

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Entegra Power Group LLC (3825); Entegra TC LLC (2889); EPG LLC (8348); Basso TP-2 Inc. (1726); Union Power LLC (N/A); Union Power Partners, L.P. (5385); UPP Finance Co. LLC (7090); Trans-Union Pipeline LLC (N/A); Trans-Union Interstate Pipeline, L.P. (7870); Entegra Power Services LLC (3106); Union Power Employee Company LLC (0841); and Gila River Energy HoldCo LLC (3510). The address of the Debtors' corporate headquarters is: 100 S. Ashley Dr., Suite 1400, Tampa, FL 33602.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------x
```
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 14-_____ ( ) |
| Entegra Power Group LLC | : | Joint Administration Requested |
| Debtor. | : | |
| | : | |
| | : | |
| | : | |
```
--------------------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s)[1] | Indirect Owners |
|---|---|---|
| Entegra Power Group LLC | Highland Capital Management<br>Merrill Lynch Genco II, LLC<br>Silver Point Capital Fund, L.P. | |

---

[1] The entities listed below include entities that manage multiple direct or indirect owners who, in the aggregate, own 10% or more of any class of equity interests in the Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
|                            |   |                                    |
|----------------------------|---|------------------------------------|
| In re:                     | : | Chapter 11                         |
|                            | : | Case No. 14-_____ (  )        |
| Entegra Power Group LLC    | : | Joint Administration Requested     |
|           Debtor.          | : |                                    |
|                            | : |                                    |
|                            | : |                                    |
|                            | : |                                    |
|                            | : |                                    |
-------------------------------------------------------------x

**DECLARATION REGARDING**
**CORPORATE OWNERSHIP STATEMENT**

I, Michael R. Schuyler, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that such statement is true and correct to the best of my knowledge, information, and belief.


Date: August 4, 2014                    By: */s/ Michael R. Schuyler*_____
                                        Name: Michael R. Schuyler
                                        Title: President and CEO

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
In re:                                    :    Chapter 11
                                          :    Case No. 14-_____ (  )
Entegra Power Group LLC                   :    Joint Administration Requested
              Debtor.                     :
                                          :
                                          :
                                          :
                                          :
-----------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| The Bank of Nova Scotia<br>1 Liberty Plaza<br>New York, NY 10006 | Common Units | 0.28% |
| Battery Park High Yield Long Short Fund, Ltd.<br>2 World Financial Center<br>Building B, 17th Floor<br>New York, NY 10281 | Common Units | 0.02% |
| Battery Park High Yield Opportunity Master Fund, Ltd.<br>2 World Financial Center<br>Building B, 17th Floor<br>New York, NY 10281 | Common Units | 0.03% |
| Citigroup Global Markets, Inc.<br>Two Court Square, 7th Floor<br>Long Island City, NY 11120 | Common Units | 0.71% |
| Credit Suisse Securities (USA) LLC<br>Eleven Madison Ave, 5th Floor<br>New York, NY 10010 | Common Units | 1.37% |
| Dexia Credit Local, New York Branch<br>445 Park Ave<br>New York, NY 10022 | Common Units | 2.84% |
| Entegra Crusader Superholdco, LLC<br>300 Crescent Court, Suite 700<br>Dallas, TX 75201C | Common Units | 2.79% |
| Entegra-DCF Superholdco, LLC<br>300 Crescent Court, Suite 700<br>Dallas, TX 75201 | Common Units | 1.43% |

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| Entegra-FRO Superholdco, LLC<br>300 Crescent Court, Suite 700<br>Dallas, TX 75201 | Common Units | 1.06% |
| Entegra Power Services LLC<br>100 S. Ashley Dr, Suite 1400<br>Tampa, FL 33602 | Common Units | 0.004% |
| Entegra-NHF Superholdco, LLC<br>300 Cresecent Court, Suite 700<br>Dalas, TX 75201 | Common Units | 4.73% |
| Entegra Strat Superholdco, LLC<br>300 Crescent Court, Suite 700<br>Dallas, TX 75201 | Common Units | .14% |
| Harbinger Capital Partners Master Fund I, LTD<br>450 Park Ave, 30th Floor<br>New York, NY 10022 | Common Units | 0.75% |
| Harbinger Capital Partners Special Situations Fund, LP<br>450 Park Ave, 30th Floor<br>New York, NY 10022 | Common Units | 3.13% |
| Jeffries High Yield Trading, LLC<br>34 Exchange Place, Suite 705<br>Jersey City, NJ 07311 | Common Units | 0.004% |
| JP Morgan Securities Inc.<br>270 Park Ave, 17th Floor<br>New York, NY 10017 | Common Units | 0.74% |
| King Street Acquisition Company, L.L.C.<br>65 East 55th St, 30th Floor<br>New York, NY 10022 | Common Units | 0.66% |
| KSCH Energy, L.L.C.<br>65 East 55th St, 30th Floor<br>New York, NY 10022 | Common Units | 6.60% |
| Lehman Brothers, Inc<br>One Battery Park Plaza<br>New York, NY 10004 | Common Units | 5.06% |
| Luminus Energy Partners Master Fund, Ltd.<br>1700 Broadway, 35th Floor<br>New York, NY 10019 | Common Units | 8.92% |
| Merrill Lynch Genco II, LLC<br>4 World Financial Center<br>250 Vesey St, 17th Floor<br>New York, NY 10080 | Common Units | 13.62% |

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| Monarch Master Funding Ltd<br>535 Madison Ave<br>New York, NY 10022 | Common Units | 2.23% |
| Morgan Stanley & Co Incorporated<br>1 Pierrepont Plaza, 7th Floor<br>Brooklyn, NY 11201 | Common Units | 0.67% |
| Napier Park Distressed Debt Opportunity Master Fund Ltd<br>399 Park Ave, 7th Floor<br>New York, NY 10022 | Common Units | 0.50% |
| Napier Park Select Master Fund LP<br>399 Park Ave, 7th Floor<br>New York, NY 10022 | Common Units | 0.41% |
| Sea Port Group Securities, LLC<br>360 Madison Ave, 22nd Floor<br>New York, NY 10017 | Common Units | 2.04% |
| Silver Point Capital Fund, L.P.<br>1st Floor, Greenwich Plaza<br>Greenwich, CT 06830 | Common Units | 12.65% |
| Slate Global Trust I Series SG I-A<br>65 E 55th St, 30th Floor<br>New York, NY 10022 | Common Units | 2.04% |
| Slate Global Trust II Series SG II-A<br>65 E 55th St, 30th Floor<br>New York, NY 10022 | Common Units | 4.56% |
| SOLA Energy Funding V Corp<br>410 Park Ave, 11th Floor<br>New York, NY 10022 | Common Units | 3.63% |
| Solus Core Opportunities LP<br>410 Park Ave, 11th Floor<br>New York, NY 10022 | Common Units | 0.43% |
| SOLUS, LLC<br>410 Park Ave, 11th Floor<br>New York, NY 10022 | Common Units | 0.27% |
| Stonehill Institutional Partners. L.P.<br>885 Third Ave, 30th Floor<br>New York, NY 10022 | Common Units | 2.75% |
| Stonehill Offshore Partners Limited<br>885 Third Ave, 30th Floor<br>New York, NY 10022 | Common Units | 1.95% |
| Stonehill Master Fund LLC<br>885 Third Ave, 30th Floor<br>New York, NY 10022 | Common Units | 2.41% |

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| Swiss Re Financial Products Corporation<br>5200 Metcalf Ave, PO Box 2991<br>Overland Park, KS 66202 | Common Units | 2.57% |
| UBS Securities, LLC<br>677 Washington Blvd, 6th Floor<br>Stamford, CT 06901 | Common Units | 4.95% |
| Vega Asset Partners, LP<br>1700 Broadway, 35th Floor<br>New York, NY 10019 | Common Units | 1.02% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 14-_____ ( ) |
| Entegra Power Group LLC | : | Joint Administration Requested |
|        Debtor. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

------------------------------------------------------------x

## DECLARATION REGARDING LIST OF
## EQUITY SECURITY HOLDERS

     I, Michael R. Schuyler, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that such list is true and correct to the best of my knowledge, information, and belief.


Date: August 4, 2014

By: */s/ Michael R. Schuyler*_____

Name: Michael R. Schuyler

Title: President and CEO