## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENTEGRA POWER GROUP LLC, | : | |
| | : | Case No. 14-_____ (  ) |
| Debtor. | : | |
| | : | |

------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENTEGRA TC LLC, | : | |
| | : | Case No. 14-_____ (  ) |
| Debtor. | : | |

------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EPG LLC, | : | |
| | : | Case No. 14-_____ (  ) |
| Debtor. | : | |

------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BASSO TP-2 INC., | : | |
| | : | Case No. 14-_____ (  ) |
| Debtor. | : | |

------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| UNION POWER LLC, | : | |
| | : | Case No. 14-_____ (  ) |
| Debtor. | : | |

------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| UNION POWER PARTNERS, L.P., | : | |
|                             Debtor. | : | Case No. 14-_____ (  ) |
| --------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| UPP FINANCE CO. LLC, | : | |
|                             Debtor. | : | Case No. 14-_____ (  ) |
| --------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| TRANS-UNION PIPELINE LLC, | : | |
|                             Debtor. | : | Case No. 14-_____ (  ) |
| --------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| TRANS-UNION INTERSTATE PIPELINE, L.P., | : | |
|                             Debtor. | : | Case No. 14-_____ (  ) |
| --------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| ENTEGRA POWER SERVICES LLC, | : | |
|                             Debtor. | : | Case No. 14-_____ (  ) |
| --------------------------------------------------------x | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| UNION POWER EMPLOYEE COMPANY LLC, | : | |
|                             Debtor. | : | Case No. 14-_____ (  ) |
| --------------------------------------------------------x | : | |

In re:                                              :       Chapter 11
                                                    :
GILA RIVER ENERGY HOLDCO LLC,                       :
                                                    :       Case No. 14-_____  (   )
                                       Debtor.      :
-----------------------------------------------------------x

## DEBTORS' MOTION FOR ENTRY OF AN ORDER
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

       Entegra Power Group LLC and certain of its subsidiaries, as debtors and debtors in possession in these cases (collectively, the "**Debtors**"),[1] respectfully represent as follows:

### INTRODUCTION

       1.     On August 4, 2014 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors in possession under Bankruptcy Code sections 1107 and 1108.

       2.     Contemporaneous with the commencement of these chapter 11 cases, the Debtors filed their joint prepackaged plan of reorganization (the "**Plan**"), which will effect a comprehensive financial restructuring that will significantly reduce the Debtors' institutional indebtedness and place the Debtors in a stronger financial position for future competitive and strategic initiatives. The Plan has been accepted by all impaired classes of claims and equity interests entitled to vote. Additional information regarding the Debtors' businesses, their capital structure, and the events leading to the filing of these chapter 11 cases, is contained in "Michael

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Entegra Power Group LLC (3825); Entegra TC LLC (2889); EPG LLC (8348); Basso TP-2 Inc. (1726); Union Power LLC (N/A); Union Power Partners, L.P. (5385); UPP Finance Co. LLC (7090); Trans-Union Pipeline LLC (N/A); Trans-Union Interstate Pipeline, L.P. (7870); Entegra Power Services LLC (3106); Union Power Employee Company LLC (0841); and Gila River Energy HoldCo LLC (3510). The address of the Debtors' corporate headquarters is: 100 S. Ashley Dr., Suite 1400, Tampa, FL 33602.

RLF1 10617343v.1

R. Schuyler's Declaration in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings" (the "**First Day Declaration**") filed concurrently with this motion.[2]

## RELIEF REQUESTED

3.      The Debtors respectfully request entry of an order[3] directing joint administration of their chapter 11 cases for procedural purposes only.  The relief requested should be granted pursuant to Federal Rule of Bankruptcy Procedure 1015(b) and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## JURISDICTION AND VENUE

4.      This Court has jurisdiction to consider this motion pursuant to 28 U.S.C.§§ 157 and 1334 and venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b).[4]

## BASIS FOR RELIEF REQUESTED

5.      Federal Rule of Bankruptcy Procedure 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" of each other as that term is defined in Bankruptcy Code section 101(2).  11 U.S.C. §101(2).  Therefore, this Court is authorized to consolidate the Debtors' cases for procedural purposes.

---

[2] Capitalized terms not otherwise defined in this motion have the meanings used in the First Day Declaration.

[3] A proposed order appears as Exhibit A to this motion.

[4] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

RLF1 10617343v.1

6.     In addition, Local Rule 1015-1 provides, in relevant part, that

> An order of joint administration may be entered, without notice
> and an opportunity for hearing, upon the filing of a motion for joint
> administration . . . supported by an affidavit, declaration or
> verification, which establishes that the joint administration of two
> or more cases pending in this Court under title 11 is warranted and
> will ease the administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015-1.

7.     The Debtors have filed the First Day Declaration, which establishes that joint administration of the Debtors' cases is warranted and will ease the administrative burden on the Court and the parties.[5]  Joint administration of the Debtors' cases will eliminate the need for duplicate pleadings, notices, and orders in each of the respective dockets and will save the Court, the Debtors, and other parties in interest substantial time and expense when preparing and filing such documents.  Further, joint administration will protect parties in interest by ensuring that they will be apprised of the various motions filed with the Court with respect to each of the Debtors' cases.  Therefore, joint administration of the Debtors' cases is appropriate under Federal Rule of Bankruptcy Procedure 1015(b).

8.     Accordingly, the Debtors respectfully request that the caption of their chapter 11 cases in all pleadings and notices in the jointly administered cases be as follows:

---

[5] See the First Day Declaration filed simultaneously with this motion.

RLF1 10617343v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
ENTEGRA POWER GROUP LLC, et al.,              :    Case No. 14-_____ (   )
                                              :
                              Debtors.        :    Jointly Administered
                                              :
                                              :
-------------------------------------------------------------x
```

       9.    The Debtors also seek waiver of the requirements of Bankruptcy Code section 342(c)(1) and Federal Rules of Bankruptcy Procedure 1005 and 2002(n) that the case caption on pleadings and notices in these cases contain the name, tax identification number, and address of each Debtor and any names used by each Debtor in the previous eight years. As an alternative to including this information in each caption, the Debtors propose to list the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers along with the address of the Debtors' corporate headquarters in a footnote to each pleading filed and each notice mailed by the Debtors. The Debtors submit that use of this simplified caption, without reference to the Debtors' tax identification numbers, addresses, and previous names, will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification. Other case-specific information will be listed in the petitions for the respective Debtors and such petitions are publicly available and will be provided by the Debtors upon request. Therefore, the Debtors submit the policies behind the requirements of Bankruptcy Code section 342(c)(1) and Federal Rules of Bankruptcy Procedure 1005 and 2002 have been fully satisfied.

RLF1 10617343v.1

10.    In addition, the Debtors request that the Court make separate docket entries in each of the Debtors' chapter 11 cases (except that of Entegra Power Group LLC), substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Entegra Power Group LLC (Case No. 14-_____ (___)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 14-_____ (___) should be consulted for all matters affecting this case.

11.    Courts in this District have granted relief similar to the relief requested in several other cases.[6] For these reasons, the Debtors submit that the relief requested is necessary and appropriate, is in the best interest their respective estates and creditors, and should be granted in all respects.

## NOTICE

12.    The Debtors will provide notice of this motion by facsimile, e-mail, overnight delivery, or hand delivery to: (i) Office of the United States Trustee for the District of Delaware; (ii) the holders of the thirty largest unsecured claims against the Debtors on a consolidated basis; (iii) U.S. Bank National Association, as Prepetition Second Lien Agent; (iv) counsel to U.S. Bank National Association; (v) Wells Fargo Bank, National Association, as Prepetition Third Lien Agent; (vi) counsel to Wells Fargo Bank, National Association; (vii) counsel to the Participating Prepetition Lenders; and (viii) the Internal Revenue Service.

---

[6] *See, e.g., In re Windsor Petroleum Transport Corporation,* No. 14-11708 (PJW) (Bankr. D. Del. July 17, 2014); *In re Tactical Intermediate Holdings, Inc.,* No. 14-11659 (KG) (Bankr. D. Del. July 9, 2014); *In re PSL – North America LLC,* No. 14-11477 (PJW) (Bankr. D. Del. June 17, 2014); *In re Coldwater Creek Inc.,* No. 14-10867 (BLS) (Bankr. D. Del. Apr. 14, 2014); *In re Brookstone Holdings Corp.,* No. 14-10752 (BLS) (Bankr. D. Del. Apr. 4, 2014); *In re Quantum Foods, LLC,* No. 14-10318 (KJC) (Bankr. D. Del. Feb. 20, 2014); *In re Event Rentals, Inc.,* No. 14-10282 (PJW) (Bankr. D. Del. Feb. 18, 2014); *In re Constar Int'l Holdings LLC,* No. 13-13281 (CSS) (Bankr. D. Del. Dec. 20, 2013); *In re F & H Acquisition Corp.,* No. 13-13220 (KG) (Bankr. D. Del. Dec. 17, 2013); *In re Fisker Auto. Holdings, Inc.,* No. 13-13087 (KG) (Bankr. D. Del. Nov. 2, 2013); *In re Global Aviation Holdings Inc.,* No. 13-12945 (MFW) (Bankr. D. Del. Nov. 14, 2013); *In re EWGS Intermediary, LLC,* No. 13-12876 (MFW) (Bankr. D. Del. Nov. 5, 2013); *In re Longview Power, LLC,* No. 13-12211 (BLS) (Bankr. D. Del. Sept. 4, 2013).

RLF1 10617343v.1

Following the hearing, a copy of this motion and any order entered with respect hereto will be served on the foregoing parties and all parties having filed requests for notices in these chapter 11 cases.   A copy of the motion is also available on the Debtors' case website at http://cases.primeclerk.com/entegra.

13.     As this motion is seeking "first day" relief, notice of this motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m).  Due to the urgent nature of the relief requested, the Debtors submit that no other or further notice is necessary.

**NO PRIOR MOTION**

14.     The Debtors have not made any prior motion for the relief sought in this motion to this or any other Court.

RLF1 10617343v.1

The Debtors respectfully request entry of an order granting the relief requested in its entirety and any other relief as is just and proper.

Dated:    August 4, 2014
          Wilmington, Delaware

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

George A. Davis
John J. Rapisardi
Diana M. Perez
O'MELVENY & MYERS LLP
Times Square Tower
Seven Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

Proposed Attorneys for the
Debtors and Debtors in Possession

RLF1 10617343v.1

**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------x
                                            :
In re:                                      :        Chapter 11
                                            :
ENTEGRA POWER GROUP LLC,                    :
                                            :        Case No. 14-_____  (   )
                        Debtor.             :
                                            :
---------------------------------------------------x
                                            :
In re:                                      :        Chapter 11
                                            :
ENTEGRA TC LLC,                             :
                                            :        Case No. 14-_____  (   )
                        Debtor.             :
                                            :
---------------------------------------------------x
                                            :
In re:                                      :        Chapter 11
                                            :
EPG LLC,                                    :
                                            :        Case No. 14-_____  (   )
                        Debtor.             :
                                            :
---------------------------------------------------x
                                            :
In re:                                      :        Chapter 11
                                            :
BASSO TP-2 INC.,                            :
                                            :        Case No. 14-_____  (   )
                        Debtor.             :
                                            :
---------------------------------------------------x
                                            :
In re:                                      :        Chapter 11
                                            :
UNION POWER LLC,                            :
                                            :        Case No. 14-_____  (   )
                        Debtor.             :
                                            :
---------------------------------------------------x
```

In re:                                          :        Chapter 11

UNION POWER PARTNERS, L.P.,                      :
                                                :        Case No. 14-_____ (   )
                          Debtor.                :
------------------------------------------------x

In re:                                          :        Chapter 11

UPP FINANCE CO. LLC,                             :
                                                :        Case No. 14-_____ (   )
                          Debtor.                :
------------------------------------------------x

In re:                                          :        Chapter 11

TRANS-UNION PIPELINE LLC,                        :
                                                :        Case No. 14-_____ (   )
                          Debtor.                :
------------------------------------------------x

In re:                                          :        Chapter 11

TRANS-UNION INTERSTATE PIPELINE, L.P., :
                                                :        Case No. 14-_____ (   )
                          Debtor.                :
------------------------------------------------x

In re:                                          :        Chapter 11

ENTEGRA POWER SERVICES LLC,                      :
                                                :        Case No. 14-_____ (   )
                          Debtor.                :
------------------------------------------------x

In re:                                          :        Chapter 11

UNION POWER EMPLOYEE COMPANY LLC, :
                                                :        Case No. 14-_____ (   )
                          Debtor.                :
------------------------------------------------x

In re:                                          :       Chapter 11
                                                :
GILA RIVER ENERGY HOLDCO LLC,                    :
                                                :       Case No. 14-_____ (   )
                        Debtor.                  :
                                                :
---------------------------------------------------------------x

## ORDER DIRECTING JOINT
## ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the Debtors[2] for entry of an order
(this "**Order**") directing the Debtors' chapter 11 cases to be jointly administered for procedural
purposes only, as more fully set forth in the Motion; and due and sufficient notice of the Motion
having been provided under the particular circumstances; and it appearing that no other or further
notice need be provided; and the Court having jurisdiction to consider the Motion and the relief
requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the
Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);
and that this Court may enter a final order consistent with Article III of the United States
Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409;
and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**");
and upon the First Day Declaration, record of the Hearing and all of the proceedings had before
the Court; and the Court having found and determined that the relief requested in the Motion is
in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that
the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the

---

[1] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Entegra Power Group LLC (3825); Entegra TC LLC (2889); EPG LLC (8348); Basso TP-2 Inc. (1726); Union Power LLC (N/A); Union Power Partners, L.P. (5385); UPP Finance Co. LLC (7090); Trans-Union Pipeline LLC (N/A); Trans-Union Interstate Pipeline, L.P. (7870); Entegra Power Services LLC (3106); Union Power Employee Company LLC (0841); and Gila River Energy HoldCo LLC (3510).  The address of the Debtors' corporate headquarters is: 100 S. Ashley Dr., Suite 1400, Tampa, FL 33602.

relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it

is HEREBY ORDERED THAT:

1.    The Motion is granted as set forth herein on a final basis.

2.    Each of the above-captioned chapter 11 cases of the Debtors are

consolidated for procedural purposes only and shall be jointly administered by the Court under

Case No. 14-_____ ( __ ).

3.    Nothing contained in the Motion or this Order shall be deemed or

construed as directing or otherwise effecting a substantive consolidation of these chapter 11

cases.

4.    The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
ENTEGRA POWER GROUP LLC, et al.,              :    Case No. 14-_____ (    )
                                              :
                              Debtors.        :    Jointly Administered
                                              :
                                              :
-----------------------------------------------------------x
```

5.    All pleadings and notices shall be captioned as indicated in the preceding

decretal paragraph, and all original docket entries shall be made in the case of Entegra Power

Group LLC, Case No. 14-_____ (___).

6.    A docket entry shall be made in each of the Debtors' cases (except

Entegra Power Group LLC) substantially similar to the following:

An order has been entered in this case consolidating this case with
the case of Entegra Power Group LLC (Case No. 14-_____ (___))

- 4 -

for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 14-_____ (___) should be consulted for all matters affecting this case.

7.     The requirements under Bankruptcy Code section 342(c)(1) and Federal Rules of Bankruptcy Procedure 1005 and 2002 that the case caption in pleadings filed and notices mailed in these cases include certain identifying information about the Debtors are waived, and the caption set forth herein is approved as modified. The Debtors are directed to include in a footnote to each pleading they file and notice they mail in these cases a list of all the Debtors in these chapter 11 cases and the last four numbers of their tax identification numbers along with the address of the Debtors' corporate headquarters only.

8.     The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

9.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:     _____, 2014
           Wilmington, Delaware

_____
United States Bankruptcy Judge

- 5 -